IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HEATHER N.,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security Administration,<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br>Case No. 2:23-cv-00537-TC-DAO<br><br>Judge Tena Campbell<br>Magistrate Judge Daphne A. Oberg |

  On July 12, 2024, United States Magistrate Judge Daphne A. Oberg issued a Report & Recommendation (R&R) recommending that the court affirm the Commissioner's decision in this case. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

  The court has reviewed the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Committee Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The court agrees that the Commissioner's decision should be affirmed. Accordingly, the court adopts the R&R (ECF No. 19) in its entirety.

**ORDER**

  The decision of the Commissioner is affirmed.

  DATED this 29th day of July, 2024.

BY THE COURT:

_____
Tena Campbell
United States District Judge